1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>VAOLOTU FANUA,<br><br>          Defendant. | No. 2:16-cv-05940-JAK (ASx)<br><br>**JUDGMENT**<br><br>**JS6: CASE TERMINATED** |

1

Pursuant to the Stipulation for Entry of Judgment filed on May 20, 2024 (Dkt. 31):

1. Judgment is entered in favor of the United States of America and against Vaolotu Fanua in the amount of $198,866.

2. The Government is entitled to post-judgment discovery to collect the judgment.

3. Fanua is admonished that any further violations of the injunction entered in this case (Dkt. 16) or any other order of the Court may lead to incarceration or additional monetary sanctions.

4. The status conference scheduled for June 3, 2024, is **VACATED**.

**IT IS SO ORDERED.**

Dated: May 22, 2024         _____

John A. Kronstadt
United States District Judge